# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07CR123-6

| | |
|---|---|
| UNITED STATES OF AMERICA, )  )  Vs. )  )  KERRY LEE COMER, )  )  Defendant. )  _____ ) | ORDER |

THIS CAUSE coming on to be heard before the undersigned, pursuant to a motion filed by Lawrence W. Crane, "Motion for Admission Pro Hac Vice" (#50). In the motion, Mr. Crane request permission of the court to be admitted pro hac vice to represent the defendant, Kerry Lee Comer. Upon a review of the motion and Local Rule 44.1, it appears that Mr. Crane's motion would be more appropriately a request for admission as a "special admission" as provided by LCrR 44.1(B)(4)(c). The undersigned reviewed the rule with Mr. Crane and directed that Mr. Crane prepare and file a motion, pursuant to the appropriate local rule for "special admission".

## ORDER

WHEREFORE, IT IS **ORDERED** that the motion of Mr. Crane entitled "Motion for Admission Pro Hac Vice" (#50) is hereby **DENIED** without prejudice.

Signed: January 8, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge